HONORABLE: Victor A. Bolden, USDJ

DEPUTY CLERK: J. Perez                    RPTR/ECRO/TAPE: S. Montini

TOTAL TIME: 6 hours 09 minutes

DATE: 9/23/2020      START TIME: 8:36      END TIME: 3:45

LUNCH RECESS   FROM: 12:00   TO: 1:00

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:17cv1043 (VAB)

Amica Mutual Insurance Co.

vs

Richard M. Coan

John A. Donovan, III,  Mara E Finkelstein
Plaintiff's Counsel

Leonard M. Isaac,  James J. Nugent
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

[✓] ............Jury of ___8___ reported. [ ] Jury sworn

[ ] ............Juror # _____ excused.

[✓] ............Jury Trial held [✓] Jury Trial continued until 9/24/2020 at 8:30AM

[ ] ............ [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____

[ ] ............ Court Trial concluded [ ] DECISION RESERVED

[ ] ....#_____ Motion _____ [ ] granted [ ] denied [ ] advisement

[ ] ....#_____ Motion _____ [ ] granted [ ] denied [ ] advisement

[ ] ....#_____ Motion _____ [ ] granted [ ] denied [ ] advisement

[ ] ....#_____ Motion _____ [ ] granted [ ] denied [ ] advisement

[✓] Def ....... Oral Motion Rule 50 _____ [ ] granted [✓] denied [ ] advisement

[ ] ...... Oral Motion _____ [ ] granted [ ] denied [ ] advisement

[ ] ...... Oral Motion _____ [ ] granted [ ] denied [ ] advisement

[ ] ...... Oral Motion _____ [ ] granted [ ] denied [ ] advisement

[ ] ...... _____ [ ] filed [ ] docketed

[ ] ...... _____ [ ] filed [ ] docketed

[ ] ...... _____ [ ] filed [ ] docketed

[ ] ...... _____ [ ] filed [ ] docketed

[ ] ...... _____ [ ] filed [ ] docketed

[✓] ............ Plaintiff(s) rests [✓] Defendant(s) rests

[ ] ............ Briefs(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____

[ ] ............ [ ] Summations held [ ] Court's Charge to the Jury

[ ] ............ All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury

[ ] ............ Jury commences deliberations at _____

[ ] ............ Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)

[ ] ............ SEE page 2 for verdict

[✓] ............ COPY TO: JURY CLERK with daily juror attendance sign-in sheet